**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No. 23-cv-02164-PAB-SKC Date: Oct. 6, 2023

Case Title: JACKSON VOLLMER v. UNIVERSITY OF NORTHERN COLORADO

PLAINTIFF WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| JACKSON VOLLMER (see attached supplement) | 30 minutes |
| ANNESA VOLLMER (see attached supplement) | 90 minutes |
| CLIO PITULA (see attached supplement) | 60 minutes |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No. 23-cv-02164-PAB-SKC Date: Oct. 6, 2023

Case Title: JACKSON VOLLMER v. UNIVERSITY OF NORTHERN COLORADO

SUPPLEMENT TO PLAINTIFF'S WITNESS LIST

JACKSON VOLLMER: Jackson will likely provide testimony regarding his disability and its manifestations. He will describe his interest in the GOAL program, his application to it, and his life in the program. He will also describe the incidents that occurred during the 2022-2022 academic year, the disciplinary procedures that followed, and how his suspension affects his life and future academic and career goals.

ANNESA VOLLMER: Ms. Vollmer will likely provide testimony regarding her knowledge of Jackson's disability and the assistance she provided to him in applying to GOAL. She will likely describe her knowledge of the program and the information she shared with GOAL and UNC directly regarding Jackson's disability and necessary accommodations. She will likely discuss her knowledge of the events of the 2022-2023 academic year and her role in the disciplinary procedures that followed, as well as the effect she has observed in Jackson.

CLIO PITULA: Dr. Pitula will likely provide testimony describing her relationship to Jackson and her knowledge and understanding of his disability, its manifestations, and necessary accommodations. Dr. Pitula will likely also describe the social limitations inherent for someone with Jackson's disability and his capacity to interpret and comprehend technical and complex communication.

DATED: October 6, 2023

Respectfully submitted by:

*/s/ Conor O'Donnell*
Conor O'Donnell, Esq.

/s/ Igor Raykin
Igor Raykin, Esq.

Kishinevsky & Raykin, Attorneys at Law
2851 South Parker Road, Suite 150
Aurora, CO 80014
Telephone: (720) 767-1846; (720) 588-9713
E-mail: igor@coloradolawteam.com; conor@coloradolawteam.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, the foregoing was filed via the CM/ECF system which will send notice to all parties of record.

/s/ Conor O'Donnell
Conor O'Donnell, Esq.