IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02164-PAB-SKC

JACKSON VOLLMER,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

COMES NOW, the Plaintiff, Jackson Vollmer ("Plaintiff"), and Defendant Board of Trustees for the University of Northern Colorado ("Defendant") (collectively, "the Parties"), by and through undersigned counsel, and hereby submit this Stipulation of Dismissal with Prejudice:

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.

2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.

3. Each party will bear their own costs and attorney fees.

4. In addition to dismissal with prejudice of the present action, Plaintiff agrees not to pursue any claims against Defendant or its respective past or present trustees, officers, employees, students, and/or agents related to or arising

from the Defendant's disciplinary process for the following student conduct matters: Case No. 2022131501, in which a conduct hearing was held March 29, 2023 and a determination of outcome letter was issued July 17, 2023; and Case No. 2022161101, in which a conduct hearing was held May 5, 2023 and a determination of outcome letter was issued November 29, 2023.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: December 11, 2023

*/s/Igor Raykin*
Igor Raykin
Conor O'Donnell
Kishinevsky & Raykin, LLC
2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: (720) 748-8888
Fax: (720) 748-8894
igor@coloradolawteam.com
conor@coloradolawteam.com
*Attorneys for Plaintiff*

*/s/R. Warren Beck*
R. Warren Beck, Assistant Attorney General
Angela R. Zippin, Assistant Attorney General
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: 720-508-6143; 720-508-6395
Warren.beck@coag.gov
Angela.zippin@coag.gov
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Jen Davis-Weiser*
Jen Davis-Weiser

3